<pre>
1    J. MICHAEL KEYES - SBN 262281
     keyes.mike@dorsey.com
2    DORSEY & WHITNEY LLP
     Columbia Center
3    701 Fifth Avenue, Suite 6100
     Seattle, WA 98104-7043
4    Telephone:   (206) 903-8800
     Facsimile:   (206) 903-8820
5
     *Attorney for Defendant*
6    *Healogics, Inc.*
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN FRANCISCO

| | |
|---|---|
| TRANSCEND INSIGHTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALOGICS, INC., <br><br> Defendant. | CASE NO. 3:17-CV-04068-EMC <br><br> [PR~~OPO~~SED] ORDER GRANTING THIRD STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN INITIAL RESPONSE TO PLAINTIFF'S COMPLAINT AND FOR PLAINTIFF TO RESPOND TO DEFENDANT'S INITIAL RESPONSE <br><br> Complaint served:     July 21, 2017 <br> Current response due: Oct. 11, 2017 <br> New response due:   October 25, 2017 |

THIS MATTER came before the Court upon the Stipulation of Defendant Healogics, Inc. ("Defendant") and Plaintiff Transcend Insights, Inc. ("Plaintiff") (Defendant and Plaintiff, collectively, the "Parties"), to grant Defendant an additional extension of time of 14 days, from October 11, 2017 through and including October 25, 2017, within which to attempt to settle this action before filing and serving its initial response to Plaintiff's Complaint ("Complaint") on file in this action.

The Parties further stipulate that in the event the Parties do not settle, and

Defendant's response consists of a motion to stay, transfer or dismiss this Action, than an answer, Plaintiff shall have 30 days in which to file its opposition hereto.

The Court, having reviewed the Stipulation of the Parties and Declaration in support thereof, and for good cause shown, hereby orders as follows:

1. Defendant shall file and serve its response to Plaintiff's Complaint no later than October 25, 2017.
2. In the event that Defendant's response to the Complaint consists of a motion to stay, transfer or dismiss the action, Plaintiff shall have 30 days from the date such motion is filed and served in which to file its opposition or other response thereto.

IT IS SO ORDERED.

Executed on this ___11th___ day of ___October___, 2017.

_____
HONORABLE STEVEN J. MURA

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Presented by:

s/ *J. Michael Keyes*
J. MICHAEL KEYES
SBN 262281
keyes.mike@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

*Attorney for Defendant
Healogics, Inc.*

s/ *Dunning*
DUNNING
___@cooley.com
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorney for Plaintiff
Transcend Insights, Inc.*

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, J. Michael Keyes hereby attests that concurrence in the filing of this document has been obtained from all signatories listed above.*

By: ___*J. Michael Keyes*___
J. Michael Keyes