1  J. MICHAEL KEYES - SBN 262281
   keyes.mike@dorsey.com
2  DORSEY & WHITNEY LLP
   Columbia Center
3  701 Fifth Avenue, Suite 6100
   Seattle, WA 98104-7043
4  Telephone:   (206) 903-8800
   Facsimile:   (206) 903-8820
5
   *Attorney for Defendant*
6  *Healogics, Inc.*

7                 UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                      AT SAN FRANCISCO

10
    TRANSCEND INSIGHTS, INC.,            CASE NO. 3:17-CV-04068-EMC
11
              Plaintiff,                 [PROPOSED] ORDER GRANTING
12                                       FIFTH STIPULATION TO EXTEND
              v.                         TIME FOR DEFENDANT TO FILE
13                                       AN INITIAL RESPONSE TO
    HEALOGICS, INC.,                     PLAINTIFF'S COMPLAINT AND
14                                       FOR PLAINTIFF TO RESPOND TO
              Defendant.                 DEFENDANT'S INITIAL RESPONSE
15

16
                                         Complaint served:      July 21, 2017
17
                                         Current response due:  Nov. 9, 2017
18                                       New response due:      Nov. 30, 2017

19

20

21        THIS MATTER came before the Court upon the Stipulation of Defendant

22  Healogics, Inc. ("Defendant") and Plaintiff Transcend Insights, Inc. ("Plaintiff")

23  (Defendant and Plaintiff, collectively, the "Parties"), to grant Defendant an additional

24  extension of time of 21 days, from November 9, 2017 through and including

25  November 30, 2017, within which to attempt to settle this action before filing and

26  serving its initial response to Plaintiff's Complaint ("Complaint") on file in this

27  action.

28

1   The Parties further stipulate that in the event the Parties do not settle, and

2   Defendant's response consists of a motion to stay, transfer or dismiss this Action,

3   than an answer, Plaintiff shall have 30 days in which to file its opposition hereto.

4   The Court, having reviewed the Stipulation of the Parties and Declaration in

5   support thereof, and for good cause shown, hereby orders as follows:

6   1.   Defendant shall file and serve its response to Plaintiff's Complaint no later

7        than November 30, 2017.

8   2.   In the event that Defendant's response to the Complaint consists of a

9        motion to stay, transfer or dismiss the action, Plaintiff shall have 30 days

10       from the date such motion is filed and served in which to file its opposition

11       or other response thereto.

*No further extension will be granted absent a showing of good Cause.*

12  IT IS SO ORDERED.

13  Executed on this _13rd_ day of _November_, 2017.

14

15

16  _____

17  HONORABLE EDWARD M. CHEN

Presented by:

18  s/ *J. Michael Keyes*                          s/ *Angela L. Dunning*
    _____          _____
19  J. MICHAEL KEYES                            ANGELA L. DUNNING
    SBN 262281                                       SBN 212047
20  keyes.mike@dorsey.com                    adunning@cooley.com
    DORSEY & WHITNEY LLP                Cooley LLP
21  Columbia Center                               3175 Hanover Street
    701 Fifth Avenue, Suite 6100            Palo Alto, CA 94304-1130
22  Seattle, WA 98104-7043                   Telephone: (650) 843-5000
    Telephone:  (206) 903-8800             Facsimile: (650) 849-7400
23  Facsimile:  (206) 903-8820

24  *Attorney for Defendant*                    *Attorney for Plaintiff*
    *Healogics, Inc.*                                 *Transcend Insights, Inc.*

25

26  *Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, J. Michael*
    *Keyes hereby attests that concurrence in the filing of this document has been obtained from all*
27  *signatories listed above.*

                                                    By:    *J. Michael Keyes*
                                                          _____
28

                                                    [PROPOSED] ORDER GRANTING
                                                    FIFTH STIPULATION TO EXTEND DEADLINE TO ANSWER
                                                    CASE NO. 3:17-CV-04068-EMC

1                                    J. Michael Keyes

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28